# IN THE SUPREME COURT OF THE STATE OF NEVADA

EQUITYTHINK, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,
vs.
B-H PARTNERSHIP, LLC, A NEW
MEXICO PARTNERSHIP,
Respondent.

No. 69711

**FILED**

JUN 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Leon Aberasturi, District Judge
Woodburn & Wedge
McDonald Carano Wilson LLP/Reno
Third District Court Clerk

16-17165